UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO: 12-30716
 CHAPTER 7
    CLARK, JAMES M., SR.

    DEBTOR(S)

_____/

## APPLICATION FOR COMPENSATION FOR SPECIAL COUNSEL FOR ESTATE

**SHERRY F. CHANCELLOR, ESQUIRE,** Trustee, hereby applies for an Order approving Compensation and costs for Special Counsel for Estate and respectfully says:

1. The above named Debtor filed a Petition for Relief under Chapter 7 on May 16, 2012. Sherry Chancellor was appointed as Trustee and has retained Jodi D. Cooke as Special Counsel for the estate. She was appointed by Court Order dated August 15, 2013.

2. Jodi D. Cooke, as Special Counsel for the Estate, represented the Trustee in the pursuit of possible fraudulent transfers and preferences. Ms. Cooke reached a settlement for various transfers made by the Debtor in the amount of $120,000.00.

3. The attorney has received no compensation as Special Counsel for the estate and compensation awarded by the Court will be shared only with members of the attorney's firm.

4. The Trustee has agreed to attorney fees for special Counsel in the amount of $39,960.00 and costs of $154.62.

5. For the services performed, applicant requests that the attorney be awarded a fee of $39,960.00 plus costs of $154.62 as this amount represents the Attorney's Contingent Fee Employment Agreement previously approved by the Court with the Application for Employment of Special Counsel for Trustee. Applicant submits that the services rendered by attorney in this matter justify the compensation sought and that such compensation is reasonable.

6. Applicant certifies that the Trustee has received and reviewed this application and has approved this application.

**WHEREFORE,** Applicant prays that the attorney be allowed and be paid the above compensation as attorney for the estate, as an administrative expense, and for such other and further relief the Court deems necessary and just.

Dated this the 1st day of May, 2014.

_/s/Sherry Chancellor_____
SHERRY F. CHANCELLOR
CHAPTER 7 TRUSTEE
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar#434574

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to Jodi D. Cooke, PO Box 12950, Pensacola, FL 32591-2950 and to Charles Edwards, 110 East Park Avenue, #128, Tallahassee, Fl 32301 by electronic means this 1st day of May, 2014.

_/s/Sherry Chancellor_____
SHERRY F. CHANCELLOR
CHAPTER 7 TRUSTEE
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar#434574