UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:  **CLARK, JAMES M., SR.,**                                  Case No.: 12-30716PNS3

  Debtor                                                                              Chapter:         7
_____//

### SECOND AMENDED APPLICATION TO EMPLOY SPECIAL COUNSEL

**COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** and files this her Application to Employ Special Counsel and in support thereof would state as follows:

1. The Debtor filed for relief under Chapter 7 of the Bankruptcy Code on or about May 16, 2012.

2. After the Meeting of Creditors and through discovery, the Trustee determined that there were transferred and undisclosed assets that were potentially recoverable by the estate.

3. The Trustee found it necessary to employ Jodi D. Cooke and the Law Firm of Beggs and Lane to pursue the recovery of those assets.

4. Ms. Cooke is an attorney licensed in the States of Florida and Alabama. Ms. Cooke is experienced in the areas of law in which the Trustee is in need of representation and is well qualified to represent the estate's interest. Ms. Cooke's offices are located at 501 Commendencia Street, Pensacola, Florida 32502.

5 The Trustee, Ms. Cooke and Beggs & Lane entered into a Fee and Representation Agreement, a copy of which is attached hereto and incorporated herein by reference. The Trustee believes that the terms and provisions therein are reasonable and it is in the best interests of the estate the employ Ms. Cooke and Beggs & Lane to represent the Estate under the terms and provisions therein.

6. The Trustee was authorized to employ Ms. Cooke by virtue of the Order Granting

the Trustee's Application to Employ Special Counsel (Docket #180) dated August 15, 2013.

7.  Pursuant to that Order, Ms. Cooke has begun an adversary action in the Bankruptcy Court for the Northern District of Alabama, Birmingham Division, to avoid the transfer of a sizeable asset that involves a related Bankruptcy filed in that Division. Ms. Cooke has also performed other legal services related to that transfer as well as recovering $120,000.00 in preferential transfers.

8.  The Trustee seeks authorization to retain Special Counsel for the purposes detailed above pursuant to 11 U.S.C. §327, which provides for the employment of professional persons.

9.  Ms. Cooke and Beggs & Lane have no interests adverse to the Trustee or the Estate, as evidenced in the Verified Statement attached hereto and incorporated herein by reference in accordance with 11 U.S.C. §327(a) and (e).

10. The Trustee requests that the estate be authorized to compensate Ms. Cooke and Beggs & Lane in accordance with 11 U.S.C. §328 (a), which provides for compensation on a contingency basis as detailed in the attached Representation and Fee Agreement. The terms and provisions of the fee agreement are reasonable and within the local standards.

11. The Representation and Fee Agreement specifically includes, but is not limited to, the following provisions as it pertains to the payment of fees and costs:

    a.  Payment of fees shall be on a contingent basis.

    b.  The fees to be paid shall equal one-third (1/3 or 33.3%) of any gross recovery.

    c.  Costs shall be reimbursed only if there is recovery.

    d.  Payment shall be due upon recovery of funds and approval by the Court.

Please review the Agreement for the balance of the terms and provisions.

12. The Trustee requests that all future payments to Ms. Cooke in accordance with the Representation and Fee Agreement be preapproved by this Court pursuant to 11 U.S.C. §328.

**WHEREFORE,** the Trustee respectfully prays that this Court enter an Order and therein to:

a. Grant the Trustee's Amended Application to Employ Special Counsel nunc pro tunc to August 15, 2013, the date of the Court's original Order (Docket #180) authorizing the employment of Ms. Cooke.

b. Authorize the Trustee to employ Jodi D. Cooke and the Law Firm of Beggs & Lane pursuant to 11 U.S.C. 327.

c. Pre-approve the payment of Jodi D. Cooke and the Law Firm of Beggs & Lane in accordance with the Representation and Fee Agreement and pursuant to 11 U.S.C. §328.

d. Grant any other and further relief that this Court may deem just and proper.

Respectfully submitted this the 15th day of August 2014.

/s/ Sherry F. Chancellor
SHERRY F. CHANCELLOR
Florida Bar No. 434574
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been provided to James Montgomery Clark, Sr. c/o William G. Kilpatrick, Jr., Esquire, 4476 Legendary Dr., Suite 201, Destin, Florida 32541, and all other parties in interest electronically or by U.S. Mail this the 15th

day of August 2014.

/s/Sherry F. Chancellor
**SHERRY F. CHANCELLOR, TRUSTEE**
619 West Chase Street
Pensacola, Florida 32502
850-436-8445
Florida Bar No.: 434574
sherry.chancellor@yahoo.com

## VERIFIED STATEMENT

STATE OF FLORIDA
COUNTY OF Escambia

BEFORE ME, the undersigned authority, personally appeared Jodi D. Cooke, Esquire who (✓) is personally known to me or who ( ) has produced _____ as identification and who, after being first duly sworn, deposes and says:

1. **JODI D. COOKE,** is an attorney licensed to practice in the States of Florida and Alabama, with offices located at 501 Commendencia Street, Pensacola, Florida 32502

2. The undersigned has read the foregoing application.

3. **JODI D. COOKE,** and the **LAW FIRM OF BEGGS AND LANE** have no interests adverse to the Bankruptcy Estate of James Montgomery Clark, Case No.: 12-30716 in the Northern District of Florida or the Trustee of said bankruptcy or the Office of the United States Trustee as described in 11 U.S.C. §327.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JODI D. COOKE, ESQUIRE
Beggs & Lane, Attorneys & Counselors at Law

SWORN TO AND SUBSCRIBED before me this 14th day of August 2014.


LEIGH HATHAWAY
Notary Public State of FL
Comm. Exp. Jan. 13, 2017
Comm. No. EE 858235

_____
NOTARY PUBLIC